

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 14-589 |
| v. | |
| Robert Oliver Clark | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __10/16/14__, at __10:00__ ☑ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __Spring St. Courthouse__ _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/10/14__     _____
U.S. District Judge/Magistrate Judge